THERESA A. SIMPSON, WSBA #27612  
GARVEY SCHUBERT BARER  
Eighteenth Floor  
1191 Second Avenue  
Seattle, Washington 98101-2939  
(206) 464-3939  

Hon. Monica J. Benton

Attorneys for Defendant  
The Low Income Housing Institute  

UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON  

KENNETH JENNINGS,

        Plaintiff,

vs.

THE LOW INCOME HOUSING INSTITUTE,

        Defendant.

NO. C07-1476-MJB

**ORDER GRANTING DEFENDANT THE LOW INCOME HOUSING INSTITUTE'S MOTION FOR ATTORNEYS' FEES**

THIS MATTER came before the Court on Defendant The Low Income Housing Institute's ("LIHI") Motion for Attorneys Fees Pursuant to 42 U.S.C. 3613(c)(2) and RCW 4.84.185. The Court reviewed the pleadings on file herein regarding LIHI's Motion, including the Motion and the Supporting Declaration of Theresa A. Simpson and the exhibits attached thereto, any Opposition and supporting declaration filed by plaintiff in response, any Reply Memorandum and supporting declarations submitted by LIHI, and the other files and records herein. The Court thereby being fully advised, and finding that LIHI is the prevailing party in this action and that all claims brought by Plaintiff Kenneth Jennings were frivolous and advanced without reasonable cause;

NOW THEREFORE, LIHI's Motion for Attorneys' Fees is GRANTED and LIHI shall be entitled to recover its reasonable attorneys' fees, which the court finds to be $ 3,109.50.

DATED THIS 31st DAY OF January, 2008.

*/s/ M. Benton/*

MONICA J. BENTON
United States Magistrate Judge

Presented by:

GARVEY SCHUBERT BARER

By   /Theresa A. Simpson/
Theresa A. Simpson, WSBA #27612
Attorneys for Defendant
1191 Second Avenue, Suite 1800
Seattle, Washington  98101-2939
Phone:  (206) 464-3939
Fax:  (206) 464-0125
tsimpson@gsblaw.com